Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
710 South 4th Street Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MCarias@shookandstone.com

Attorneys for Plaintiff
Brandi Shelton Hayes

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDI SHELTON HAYES, | Case No.: 3:22-cv-00366-CSD |
| Plaintiff, | STIPULATION FOR DISMISSAL |
| vs. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE CRAIG S. DENNEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between Brandi Shelton Hayes ("Plaintiff") and KILOLO KIJAKAZI as the Acting Commissioner of Social

-1-

1  Security ("Defendant"), that this matter be dismissed with prejudice, each party to
2  bear its own fees, costs, and expenses.  The parties enter into this stipulation
3  pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B).
4      IT IS SO STIPULATED.

DATE: December 9, 2022    Respectfully submitted,
LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

        /s/ *Marc V. Kalagian*
BY: _____
Marc V. Kalagian
Attorney for plaintiff Brandi Shelton Hayes

Date:  December 9, 2022    JASON M. FRIERSON
United States Attorney
HOLLY A. VANCE
Assistant United States Attorney

BY:  /s/ *David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney
Attorneys for Defendant KILOLO KIJAKAZI,
Acting Commissioner of Social Security

(Per email authorization)

## ORDER

Approved and so ordered:

DATE: December 9, 2022.

_____
THE HONORABLE CRAIG S. DENNEY
UNITED STATES MAGISTRATE JUDGE